IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 08-22-BU-DLC-RKS |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL JOSEPH DIFRANCESCO, | |
| Defendant. | |

I hereby recuse myself in the above entitled matter.

DATED this 15th day of February, 2019

Jeremiah C. Lynch
United States Magistrate Judge

1