IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



FILED

JUN 11 2019

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08–22–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL JOSEPH DIFRANCESCO, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion to Dismiss Petition. (Doc. 81.) The United States moves to dismiss revocation proceedings because the defendant has been in compliance with the conditions of his supervised release since this Court held an initial revocation hearing on April 11, 2019.

IT IS ORDERED that the motion (Doc. 81) is GRANTED. The Petition for Warrant for Offender under Supervision (Doc. 63) is DISMISSED.

IT IS FURTHER ORDERED that the revocation hearing scheduled for June 13, 2019 is VACATED.

DATED this 11th day of June, 2019.

Dana L. Christensen, Chief Judge
United States District Court