IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JOSEPH DIFRANCESCO,<br><br>Defendant. | CR 08–22–BU–DLC<br><br><br><br>ORDER |

On May 19, 2021, the probation office seized various property during a home visit of Mr. Difrancesco's hotel room. Mr. Difrancesco has sought judicial review of this seizure.

Accordingly, IT IS ORDERED that on or before August 6, 2021, Mr. Difrancesco shall file an opening brief outlining the issues and arguments on which judicial relief is sought. The United States shall file a response brief on or before August 20, 2021. Mr. Difrancesco may file an optional reply brief on or before August 27, 2021.

DATED this 20th day of July, 2021.

_____
Dana L. Christensen, District Judge
United States District Court

1